LODGED
CLERK, U.S. DISTRICT COURT
JAN 20 2006
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

FILED
CLERK, U.S DISTRICT COURT
FEB - 3 2006
CENTRAL DISTRICT OF CALIFORNIA
BY ......... DEPUTY

SEND

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jackie Tates | CASE NUMBER |
| PLAINTIFF(S) | ED CV 05-1085 |
| V. | |
| Gary Penrod, Sheriff, et al. | **NOTICE AND ORDER RE FILING BY VEXATIOUS LITIGANT** |
| DEFENDANT(S). | |

_____**Jackie Tates**_____, plaintiff, attempted to file a pleading in the above-referenced matter. Attached for your review is a copy of:

☒ Complaint / Petition
☐ Other _____

According to court records, plaintiff has been identified as a vexatious litigant who is not permitted to file any pleading without the following:

☐ Bond in the amount of $_____ must be posted with the filing of any new action.
☐ No petition for writ of habeas corpus is to be filed without payment of filing fee and/or written authorization from a U.S. district judge or magistrate judge.
☐ Court order is needed to file a new action.
☐ Court order is needed to file subsequent pleadings.
☐ Written authorization from the Chief Judge is required before filing of any document.
☐ No filings are to be accepted in this case by plaintiff or anyone on his or her behalf.
☒ Other _Magistrate Judge's finding that the allegations of the complaint clearly established Plaintiff is in imminent danger of serious injury. See order denying IFP Request in ED CV 05-1085_

IT IS HEREBY ORDERED that plaintiff

☐ may
☒ may not

file the document presented in the above-referenced matter.

_Jan 24, 2006_          _____
Date                    United States ~~District Judge~~ / Magistrate Judge

DOCKETED ON CM
FEB 15 2006
BY __ 045

Jackie Tates
**FULL NAME**

9500 Etiwanda Ave
**COMMITTED NAME (if different)**

Rancho Cucamonga, CA
**FULL ADDRESS INCLUDING NAME OF INSTITUTION**

91739.

# 0409340084
**PRISON NUMBER (if applicable)**

# 0409340084

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. Jackie Tates. <br><br> PLAINTIFF, <br> v. <br> Sheriff, Gary Penrod. <br> et al.,     DEFENDANT(S). | **CASE NUMBER** <br> _To be supplied by the Clerk_ <br><br> **CIVIL RIGHTS COMPLAINT** <br> **PURSUANT TO** _(Check one)_ <br> ☐ 42 U.S.C. § 1983 <br> ☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971) |

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☒ Yes ☐ No

2. If your answer to "1." is yes, how many? __26__

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.) — Total Separation, Shackling, religious service, dayroom access, sanitation, Showers, harassment and abuse

RECEIVED AND RETURNED
CLERK, U.S. DISTRICT COURT

FEB - 3 2006

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

RECEIVED
CLERK, U.S. DISTRICT COURT

JAN - 3 2006

CENTRAL DISTRICT OF CALIFORNIA
_____ DEPUTY